| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Nexus Bankruptcy<br>Benjamin Heston<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Phone: (949) 312-1377<br>Email: ben@nexusbk.com<br>Bar Number: 297798<br>**Attorney for Debtor**<br><br>☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Dejonna Cherelle Weems<br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 7<br><br>**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (Check only ONE box below):

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 02/19/2026    Dejonna Cherelle Weems    _/s/ Dejonna Weems_
                    Printed name of Debtor 1       Signature of Debtor 1

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015          Page 1          F 1002-1.EMP.INCOME.DEC

<u>Declaration of Debtor 2 (Joint Debtor) (if applicable)</u>

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (<u>*Check only ONE box below*</u>):

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                        Printed name of Debtor 2                Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                    Page 2                    **F 1002-1.EMP.INCOME.DEC**

**Community Partners**
1000 N Alameda St
Ste 240
Los Angeles, CA 90012

**paylocity**

Direct Deposit Advice

**Check Date**  
February 6, 2026

**Voucher Number**  
116329

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| SUTTON BANK | C | ***8946 | 907.56 |
| **Total Direct Deposits** | | | **907.56** |

80087    776-99-999    105390  116329  110374    **80087**

**De'jonna Weems**
2640 E Anaheim Street
Long Beach, CA  90804

*Non Negotiable - This is not a check - Non Negotiable*

## Non Negotiable - This is not a check - Non Negotiable

### Community Partners

**De'jonna Weems**   **Earnings Statement**

| | | | | |
|---|---|---|---|---|
| Employee ID | **105390** | Fed Taxable Income | **1,060.40** | Check Date **February 6, 2026**   Voucher Number **116329** |
| Location | **776-99-999** | Fed Filing Status | **S** | Period Beginning **January 19, 2026**   Net Pay **907.56** |
| Hourly | **$22.00** | State Filing Status | **S-0** | Period Ending **February 1, 2026**   Total Hours Worked **40.1333** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Holiday | 22.00 | 8.00 | 176.00 | 528.00 |
| Overtime | 32.9999 | 0.1333 | 4.40 | 4.40 |
| Regular | 22.00 | 40.00 | 880.00 | 2,636.33 |
| **Gross Earnings** | | **48.1333** | **1,060.40** | **3,168.73** |

| Taxes | Amount | YTD |
|---|---|---|
| CA | 13.81 | 41.16 |
| CASDI-E | 13.79 | 41.20 |
| FITW | 44.12 | 131.11 |
| MED | 15.38 | 45.95 |
| SS | 65.74 | 196.46 |
| **Taxes** | **152.84** | **455.88** |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| SUTTON BANK | C | ***8946 | 907.56 |
| **Total Direct Deposits** | | | **907.56** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| Floating | 8.00 | 0.00 |
| Sick | 4.43 | 0.00 |
| Sick | 1.76 | 0.00 |
| Vacation | 3.69 | 0.00 |

Community Partners | 1000 N Alameda St Ste 240  Los Angeles, CA 90012 | (213) 346-3200 | FEIN: 95-4302067 | CA: 002-7115-5

**Community Partners**
1000 N Alameda St
Ste 240
Los Angeles, CA 90012

**paylocity**

Direct Deposit Advice

**Check Date**              **Voucher Number**
January 23, 2026                     115686

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| SUTTON BANK | C | ***8946 | 902.35 |
| **Total Direct Deposits** | | | **902.35** |

80087    776-99-999    105390  115686  109819    **80087**

**De'jonna Weems**
2640 E Anaheim Street
Long Beach, CA  90804

*Non Negotiable - This is not a check - Non Negotiable*

## Non Negotiable - This is not a check - Non Negotiable

### Community Partners

**De'jonna Weems**                                                                                  **Earnings Statement**

| Employee ID | **105390** | Fed Taxable Income | **1,053.80** | Check Date | **January 23, 2026** | Voucher Number | **115686** |
| Location | **776-99-999** | Fed Filing Status | **S** | Period Beginning | **January 5, 2026** | Net Pay | **902.35** |
| Hourly | **$22.00** | State Filing Status | **S-0** | Period Ending | **January 18, 2026** | Total Hours Worked | **47.90** |

| **Earnings** | **Rate** | **Hours** | **Amount** | **YTD** |
|---|---|---|---|---|
| Holiday | | | | 352.00 |
| Regular | 22.00 | 47.90 | 1,053.80 | 1,756.33 |
| **Gross Earnings** | | **47.90** | **1,053.80** | **2,108.33** |

| **Taxes** | **Amount** | **YTD** |
|---|---|---|
| CA | 13.67 | 27.35 |
| CASDI-E | 13.70 | 27.41 |
| FITW | 43.46 | 86.99 |
| MED | 15.28 | 30.57 |
| SS | 65.34 | 130.72 |
| **Taxes** | **151.45** | **303.04** |

| **Deductions** | **Amount** | **YTD** |
|---|---|---|
| No Deductions | | |

| **Direct Deposits** | **Type** | **Account** | **Amount** |
|---|---|---|---|
| SUTTON BANK | C | ***8946 | 902.35 |
| **Total Direct Deposits** | | | **902.35** |

| **Time Off** | **Available To Use** | **Plan Year Used** |
|---|---|---|
| Floating | 8.00 | 0.00 |
| Sick | 2.21 | 0.00 |
| Sick | 1.76 | 0.00 |
| Vacation | 1.84 | 0.00 |

**Community Partners**
1000 N Alameda St
Ste 240
Los Angeles, CA 90012

paylocity

Direct Deposit Advice

**Check Date**  
January 9, 2026

**Voucher Number**  
115072

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| SUTTON BANK | C | ***8946 | 902.94 |
| **Total Direct Deposits** | | | **902.94** |

80087   776-99-999   105390  115072  109288   **80087**

**De'jonna Weems**
2640 E Anaheim Street
Long Beach, CA  90804

*Non Negotiable - This is not a check - Non Negotiable*

## Non Negotiable - This is not a check - Non Negotiable

### Community Partners

**De'jonna Weems**                                                                        **Earnings Statement**

| | | | | |
|---|---|---|---|---|
| Employee ID | **105390** | Fed Taxable Income | **1,054.53** | Check Date **January 9, 2026**  Voucher Number **115072** |
| Location | **776-99-999** | Fed Filing Status | **S** | Period Beginning **December 22, 2025**  Net Pay **902.94** |
| Hourly | **$22.00** | State Filing Status | **S-0** | Period Ending **January 4, 2026**  Total Hours Worked **31.9333** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Holiday | 22.00 | 16.00 | 352.00 | 352.00 |
| Regular | 22.00 | 31.9333 | 702.53 | 702.53 |
| **Gross Earnings** | | **47.9333** | **1,054.53** | **1,054.53** |

| Taxes | Amount | YTD |
|---|---|---|
| CA | 13.68 | 13.68 |
| CASDI-E | 13.71 | 13.71 |
| FITW | 43.53 | 43.53 |
| MED | 15.29 | 15.29 |
| SS | 65.38 | 65.38 |
| **Taxes** | **151.59** | **151.59** |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| SUTTON BANK | C | ***8946 | 902.94 |
| **Total Direct Deposits** | | | **902.94** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| Floating | 8.00 | 0.00 |
| Sick | 2.21 | 0.00 |
| Sick | 0.00 | 0.00 |
| Vacation | 1.84 | 0.00 |

Community Partners | 1000 N Alameda St Ste 240  Los Angeles, CA 90012 | (213) 346-3200 | FEIN: 95-4302067 | CA: 002-7115-5

**Community Partners**
1000 N Alameda St
Ste 240
Los Angeles, CA 90012

paylocity

Direct Deposit Advice

**Check Date**  December 26, 2025

**Voucher Number**  114456

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| SUTTON BANK | C | ***8946 | 451.19 |
| **Total Direct Deposits** | | | **451.19** |

80087   776-99-999   105390   114456   108737   **80087**

**De'jonna Weems**
2640 E Anaheim Street
Long Beach, CA  90804

*Non Negotiable - This is not a check - Non Negotiable*

## Non Negotiable - This is not a check - Non Negotiable

### Community Partners

**De'jonna Weems**                                                                           **Earnings Statement**

| | | | |
|---|---|---|---|
| Employee ID | **105390** | Fed Taxable Income | **495.00** |
| Location | **776-99-999** | Fed Filing Status | **S** |
| Hourly | **$22.00** | State Filing Status | **S-0** |

| | |
|---|---|
| Check Date | **December 26, 2025** |
| Period Beginning | **December 8, 2025** |
| Period Ending | **December 21, 2025** |

| | |
|---|---|
| Voucher Number | **114456** |
| Net Pay | **451.19** |
| Total Hours Worked | **22.50** |

| **Earnings** | **Rate** | **Hours** | **Amount** | **YTD** |
|---|---|---|---|---|
| Regular | 22.00 | 22.50 | 495.00 | 495.00 |
| **Gross Earnings** | | **22.50** | **495.00** | **495.00** |

| **Taxes** | **Amount** | **YTD** |
|---|---|---|
| CA | 0.00 | 0.00 |
| CASDI-E | 5.94 | 5.94 |
| FITW | 0.00 | 0.00 |
| MED | 7.18 | 7.18 |
| SS | 30.69 | 30.69 |
| **Taxes** | **43.81** | **43.81** |

| **Deductions** | **Amount** | **YTD** |
|---|---|---|
| No Deductions | | |

| **Direct Deposits** | **Type** | **Account** | **Amount** |
|---|---|---|---|
| SUTTON BANK | C | ***8946 | 451.19 |
| **Total Direct Deposits** | | | **451.19** |

| **Time Off** | **Available To Use** | **Plan Year Used** |
|---|---|---|
| Floating | 8.00 | 0.00 |
| Sick | 2.21 | 0.00 |
| Sick | 0.00 | 0.00 |
| Vacation | 1.84 | 0.00 |