United States Bankruptcy Court

Central District of California

In re:                                                                          Case No. 26-11569-BB

Dejonna Cherelle Weems                                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2                          User: admin                                   Page 1 of 2
Date Rcvd: May 27, 2026                       Form ID: 318a                            Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

^               Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dejonna Cherelle Weems, 2640 E Anaheim St, Apt 201, Long Beach, CA 90804-1206 |
| 42943777 | | Gold's Gym, 5420 Lyndon B Johnson Fwy Ste 300, Dallas, TX 75240-6271 |
| 42943780 | | Ingenious Asset Group, 15233 Ventura Blvd Ste 1010, Sherman Oaks, CA 91403-2254 |
| 42943784 | + | Petal / Tilt, 9169 W State St PMB 499, Garden City, ID 83714-1733 |
| 42943785 | | Rula / Path Health, 5201 Great America Pkwy Ste 320, Santa Clara, CA 95054-1140 |
| 42943788 | + | The Charleston Apartments, 729S Union Ave, Los Angeles, CA 90017-1733 |

TOTAL: 6


**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | May 28 2026 05:36:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | May 28 2026 05:36:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | May 28 2026 01:45:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| 42943771 | ^ | MEBN | May 28 2026 01:40:08 | After Pay, PO Box 328, San Francisco, CA 94104-0328 |
| 42943772 | + | EDI: BANKAMER2 | May 28 2026 05:36:00 | Bank of America, 100 N Tryon St, Charlotte, NC 28202-4036 |
| 42943773 | | Email/Text: dl-csgbankruptcy@charter.com | May 28 2026 01:46:00 | Charter / Spectrum, 12405 Powerscourt Dr, Saint Louis, MO 63131-3673 |
| 42943774 | | EDI: JPMORGANCHASE | May 28 2026 05:35:00 | Chase Bank, PO Box 15369, Wilmington, DE 19850-5369 |
| 42943776 | | EDI: DISCOVER | May 28 2026 05:35:00 | Discover Bank, PO Box 30943, Salt Lake Cty, UT 84130-0943 |
| 42943775 | | EDI: MAXMSAIDV | May 28 2026 05:36:00 | Department of Education / Aidvantage, 1891 Metro Center Dr, Reston, VA 20190-5287 |
| 42943778 | | Email/Text: HWIBankruptcy@hunterwarfield.com | May 28 2026 01:46:00 | Hunter Warfield, 4620 Woodland Corporate Blvd, Tampa, FL 33614-2415 |
| 42943779 | | EDI: LCIICSYSTEM | May 28 2026 05:35:00 | IC System, 444 Highway 96 E, Saint Paul, MN 55127-2557 |
| 42943781 | | EDI: JEFFERSONCAP.COM | May 28 2026 05:36:00 | Jefferson Capital Systems, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 42943782 | | Email/Text: bankruptcy@ncaks.com | May 28 2026 01:45:00 | National Credit Adjusters, PO Box 3023, Hutchinson, KS 67504-3023 |

District/off: 0973-2                          User: admin                                          Page 2 of 2

Date Rcvd: May 27, 2026                       Form ID: 318a                                    Total Noticed: 23

| 42943783 | Email/Text: bankruptcy@oportun.com | | |
| | | May 28 2026 01:45:00 | Oportun, PO Box 4085, Menlo Park, CA 94026 |
| 42943786 | Email/Text: bankruptcy@self.inc | | |
| | | May 28 2026 01:45:00 | Self Financial, 901 E 6th Street, Suite 400, Austin, TX 78702 |
| 42943787 | Email/Text: bkinfo@ccfi.com | | |
| | | May 28 2026 01:45:00 | Speedy Cash, 2312 E Trinity Mills Rd Ste 100, Carrollton, TX 75006-1955 |
| 42943789 | Email/Text: bankruptcynotices@varomoney.com | | |
| | | May 28 2026 01:45:00 | Varo Money, 111 Sutter St Fl 13, San Francisco, CA 94104-4541 |

TOTAL: 17

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2026 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Benjamin Heston | on behalf of Debtor Dejonna Cherelle Weems bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Wesley H Avery (TR) | wes@averytrustee.com  C117@ecfcbis.com;lucy@averytrustee.com;salma@averytrustee.com |

TOTAL: 3

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Dejonna Cherelle Weems | Social Security number or ITIN | xxx–xx–4606 |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Central District of California | | |
| Case number: | 2:26–bk–11569–BB | | |

## Order of Discharge – Chapter 7

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Dejonna Cherelle Weems

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 5/27/26

**Dated:** 5/27/26

**By the court:** Sheri Bluebond
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

10/AUTU
For more information, see page 2 >

Official Form 318–CACBdodb/CACodsc          **Order of Chapter 7 Discharge**          page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**